UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

*ORDER*
*Motion Granted.*
*E. Clifton Knowles*
*U.S.M.J.*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) No. 12-2049 MK | |
| | ) | |
| CORDELL M. GRISSOM, | ) | |
| and | ) | |
| LAZOURUS D. GRISSOM | ) | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Criminal Complaint and Arrest Warrant filed in this matter be placed under seal until further order of the Court.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151